### LANGSTON *v.* LANGSTON.

ATKINSON, Presiding Justice. The order of the court here excepted to is not an order granting or refusing temporary alimony or a final disposition of the case, and is not such as may be brought to the Supreme Court for decision by direct bill of exceptions under the Code, §§ 30-214, 6-903. *Berryman* v. *Berryman*, 147 *Ga.* 556 (94 S. E. 1013). The case differs from *Wardlaw* v. *Wardlaw*, 39 *Ga.* 53, in which the exception was to a judgment granting alimony, and in which error was also assigned on an antecedent ruling refusing a continuance.

*Writ of error dismissed. All the Justices concur.*

No. 12883. OCTOBER 13, 1939.

*John A. Dunaway, Bryan, Middlebrooks & Carter* and *John J. Antus,* for plaintiff.

*Jones, Fuller & Clapp* and *Ellis L. Cone,* for defendant.